UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:17-cv-234-CWR-FKB |
| AMERICAN LEGION POST 230, AARON LEE, EDWARD HARRIS, AND JOHN DOES 1 THROUGH 10 | DEFENDANTS |

## ORDER

THIS CAUSE came before the Court on the Motion to Consolidate Cases [12] filed by The Burlington Insurance Company ("TBIC"). In the motion, TBIC requests that another case, *Harris v. Burlington Insurance Company*, Civil Action No. 3:17-cv-683-LG-RHW, be consolidated with this case.

The two cases involve common issues of fact and law, and TBIC and Harris are parties to each. The Court finds, pursuant to Fed. R. Civ. P. 42, that the cases should be consolidated to avoid unnecessary costs and delays and that the motion should be granted.

IT IS, THEREFORE, ORDERED:

1. The Motion to Consolidate [12] is granted, and *Harris v. Burlington Insurance Company*, Civil Action No. 3:17-cv-683-LG-RHW, is hereby consolidated with this case.

2. In accordance with the local rules of the Court, the lower numbered case, Civil Action No. 3:17-cv-234-CWR-FKB, shall be the lead case, and that cause number and style shall be used for all future pleadings in both cases.

3. The Clerk of the Court is directed to make the appropriate revisions to the dockets of these cases.

IT IS SO ORDERED, this the 9th day of May, 2018.

   /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE